IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LANCE SLIZEWSKI,

    Plaintiff,

v.

JIM SCHWOCHERT, DANIEL WESTFIELD,
JOHN SHANDA and GARY KASZA,

    Defendants.

JUDGMENT IN A CIVIL CASE

10-cv-665-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants Jim Schwochert, Daniel Westfield, John Shanda and Gary Kasza granting their motions for summary judgment and dismissing this case.

_____    _____
Peter Oppeneer, Clerk of Court                 Date